**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF GEORGIA**
**SAVANNAH DIVISION**

| | | |
|---|---|---|
| TYRAE TREMON RICHEY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV419-273 |
| | ) | |
| C/O B. MIDDLETON, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

Tyrae Tremon Richey is a prisoner at the Chatham County Detention Center in this District. He has submitted this 42 U.S.C. § 1983 Complaint alleging excessive force during his incarceration at the Georgia Diagnostic and Classification Prison in Jackson, Georgia. Doc. 1. Richey, however, has sent his complaint to the Southern District of Georgia, which has no apparent link to his claims.

Jackson, Georgia is located in Butts County, which lies in the Middle District of Georgia. 28 U.S.C. § 90(b)(2). As his claim arises from events that occurred in another district, the proper forum for this case is the United States District Court for the Middle District of Georgia, 28 U.S.C. § 1391(b) (venue); 28 U.S.C. § 1406 (district courts may dismiss or transfer cases suffering venue defects); *see* 28 U.S.C. § 90(b)(2). The

Clerk is **DIRECTED** to transfer this case to the Middle District for all

further proceedings.

      **SO ORDERED**, this 29th day of October, 2019.

_____
CHRISTOPHER L. RAY
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA